UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JESUS GARCIA, et al.,

    Plaintiffs,

v.

CITY OF KING CITY, et al.,

    Defendants.

Case No. 14-cv-01126-BLF

**CASE MANAGEMENT ORDER**

On 04/02/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Initial Disclosures due | 07/01/2015 |
| Case Management Statement due | 07/09/2015 |
| Further Case Management Conference | 07/16/2015 |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | n/a |
| Final Pretrial Conference | n/a |
| Trial | n/a |

IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the Court suspends requirement for ADR until 07/16/2015.

IT IS FURTHER ORDERED THAT all Counsel that appeared at the Case Management Conference on 04/02/2015 may appear at the Further Case Management Conference set for 07/16/2015 at 1:30 PM by telephone without further order of the court.  The parties shall contact Court Call Phone Conferencing at (866)582-6878 *in advance of the hearing* to schedule the telephonic appearance.

Dated:  April 2, 2015

_____
BETH LABSON FREEMAN
United States District Judge