UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESUS GARCIA, et al.,<br><br>    Plaintiffs,<br><br>   v.<br><br>CITY OF KING CITY, et al.,<br><br>    Defendants. | Case No.  14-cv-01126-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 07/16/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the Parties are to submit a Joint Statement/Letter advising the Court as to Settlement Discussions by September 4, 2015.

Dated: July 16, 2015

BETH LABSON FREEMAN
United States District Judge