# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JESUS GARCIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF KING CITY, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-01126-BLF<br><br>**SUA SPONTE ORDER EXTENDING DEADLINES FOR ALL FURTHER CASE MANAGEMENT SUBMISSIONS UNTIL OCTOBER 1, 2015** |

　　　　The Court EXTENDS deadlines for all further case management submissions until October 1, 2015.

**IT IS SO ORDERED.**

Dated: August 26, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge