# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JESUS GARCIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF KING CITY, et al.,<br><br>    Defendants. | Case No.  14-cv-01126-BLF<br><br>**SUA SPONTE ORDER EXTENDING DEADLINES FOR ALL FURTHER CASE MANAGEMENT SUBMISSIONS UNTIL NOVEMBER 1, 2015** |

The Court EXTENDS deadlines for all further case management submissions until November 1, 2015.

**IT IS SO ORDERED.**

Dated: September 21, 2015

_____
BETH LABSON FREEMAN
United States District Judge